UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY WADE BUTLER,

Plaintiff,

v.

Hon. Hala Y. Jarbou

NATIONAL CREDIT SYSTEMS, INC.,

Case No. 1:26-cv-1798

Defendant.

**REPORT AND RECOMMENDATION**

On June 8, 2026, Plaintiff filed his complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (ECF No. 1.) On July 29, 2026, this Court entered an Order Setting Rule 16 Scheduling Conference. (ECF No. 8.) Plaintiff's counsel failed to participate in the preparation of a joint status report and failed to appear for that hearing. (ECF No. 11.) On September 3, 2026, the Court entered an Order directing Plaintiff's counsel to show cause by September 10, 2026, why this matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. (ECF No. 12.) The September 3 Order warned Plaintiff's counsel that failure to respond timely would result in the issuance of a report and recommendation recommending that the case be dismissed. Plaintiff's counsel has failed to respond.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

Dated: September 14, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).