UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY WADE BUTLER,

Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

Defendant.
_________________________________/

Case No. 1:26-cv-1798

Hon. Hala Y. Jarbou

**ORDER**

Before the court is Magistrate Judge Sally J. Berens's report and recommendation (R&R) that Plaintiff's action be dismissed for failure to prosecute (ECF No. 15). No parties have filed objections to the R&R, and the deadline for doing so expired on September 28, 2026. Upon review, the Court finds that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1.

A judgment will enter in accordance with this Order.

Dated: September 29, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE